1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAWN LITTLE,                          No.  1:19-cv-01563-DAD-EPG (PC)

12                Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
14    A. RIBERA, et al.,
                                             (Doc. No. 14)
15                Defendants.

16

17            Plaintiff Shawn Little is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18    civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On July 14, 2020, the assigned magistrate judge issued findings and recommendations,

21    recommending that this case be dismissed, with prejudice, due to plaintiff's failures to state a

22    claim, comply with a court order, and prosecute this case.  (Doc. No. 14.)  Plaintiff was provided

23    twenty-one (21) days from the date of service to file objections to the findings and

24    recommendations.  (*Id.* at 8.)  Plaintiff has not filed objections, and the deadline to do so has

25    passed.

26            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28    court finds the findings and recommendations to be supported by the record and proper analysis.

                                                    1

Accordingly,

1.   The findings and recommendations issued on July 14, 2020 (Doc. No. 14) are adopted in full;

2.   This case is dismissed, with prejudice, due to plaintiff's failures to state a claim, comply with a court order, and prosecute this case; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 18, 2020**

_____
UNITED STATES DISTRICT JUDGE

2